IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM LENZ,<br>                Plaintiff<br><br>  vs.<br><br>JOHN N. ROBINSON, M.D.,<br>                Defendant | )<br>)<br>)<br>) Civil Action No. 05-248<br>) Judge Terrence F. McVerry/<br>) Magistrate Judge Amy Reynolds Hay<br>) |

**<u>ORDER</u>**

AND NOW, this 6th day of June, 2007, after the Plaintiff, William Lenz, filed an action in the above-captioned case, and after a Report and Recommendation was filed by the United States Magistrate Judge granting the parties ten days after being served with a copy to file written objections thereto, and no objections having been filed, and upon independent review of the record and the motion, and upon consideration of the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

IT IS HEREBY ORDERED that the Defendant's Motion for Summary Judgment is granted;

IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if the parties desire to appeal from this Order they must do so within thirty (30) days by filing a notice of appeal as provided in Rule 3, Fed.R.App.P.

                                                s/ Terrence F. McVerry
                                                United States District Judge

cc: Honorable Amy Reynolds Hay
United States Magistrate Judge

William Lenz
BU-6993
SCI Fayette
Box 9999
LaBelle, PA 15450-0999

Edward D. Klym, Esq.
Email: edk@edklym.com